STATE of Missouri, Respondent,

v.

Daniel LOEHR, Appellant.

No. 72661.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 14, 1998.

David L. Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

### *ORDER*

PER CURIAM.

Defendant, Daniel Loehr, appeals from the judgment of convictions, in a jury-waived case, for forgery, for three counts of second degree assault of a law enforcement officer, and for three counts of armed criminal action, all felonies; and for two counts of third degree assault of a law enforcement officer, both misdemeanors. The trial court sentenced him, as a prior and persistent offender, to concurrent terms of imprisonment of ten years on each of the seven felonies and to concurrent terms of one year in the custody of the Department of Justice Services on each of the misdemeanors.

We have reviewed the record on appeal and find that no jurisprudential purpose would be served by a written opinion. The judgment is affirmed pursuant to Rule 30.25(b).

Gary Noble SUNSHINE, Appellant,

v.

STATE of Missouri, Respondent.

No. 72504.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 14, 1998.

Susan McGraugh, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

### *ORDER*

PER CURIAM.

Movant filed a Rule 24.035 motion to obtain relief from Alford pleas on charges of burglary first degree, assault first degree and armed criminal action. On the day for an evidentiary hearing: (1) the motion was submitted on the record; and movant filed a Rule 29.07(d) motion to set aside the Alford pleas to correct a manifest injustice based on an affidavit of the complaining witness that the assault, a shooting, was an accident. The only issue on appeal is trial court error in not permitting movant to withdraw his plea, on motion, before he was sentenced. The findings and conclusions of the motion court relevant to the point on appeal are not clearly erroneous, they are supported by substantial evidence. An extended opinion would have no precedential value.

We affirm. Rule 84.16(b).